**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WALTER CRUZ and ANTONIO ANGELO LARRANAGA, individuals, on behalf of themselves, and on behalf of all persons similarly situated, on behalf of himself, and on behalf of all persons similarly situated, <br><br>         Plaintiffs, <br> v. <br><br> TRISTRUX LLC, a Delaware limited liability company, LEONE ELECTRIC COMPANY LLC, a Delaware limited liability company; and DOES 1-50, Inclusive, <br><br>         Defendants. | Case No: 4:24-cv-1318-HSG <br> [Assigned for All Purposes to: Hon. Haywood S. Gilliam, Jr.,] <br><br> **ORDER FOR GRANTING VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) AND REMAND PAGA CAUSE OF ACTION TO STATE COURT (as modified)** <br><br> **Courtroom: Courtroom 2-4th Floor Judge: Hon. Haywood S. Gilliam, Jr.** <br><br> Complaint filed: October 13, 2023 <br> Action Removed: March 5, 2024 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

    1.    The provisions of the Parties' Stipulation are incorporated into this Order.

    2.    Plaintiffs' Entire Action is hereby dismissed, without prejudice.

Dated: 3/26/2024

JUDGE OF THE COURT
United States District Judge

**ORDER GRANTING VOLUNTARY DISMISSAL OF ENTIRE ACTION W/O PREJUDICE**